# Exhibit A



