**Exhibit B**





