**Exhibit E**



