UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHYLLIS GUSTAVSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARS, INC., and MARS CHOCOLATE NORTH AMERICA, LLC,<br><br>Defendants. | Case No.: 13-CV-04537-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

A Case Management Conference is currently set for January 9, 2014 at 1:30 p.m. ECF No. 25. The Court hereby CONTINUES the Case Management Conference until April 3, 2014, at 1:30 p.m. The stay of discovery shall remain in effect until that date.

**IT IS SO ORDERED.**

Dated: January 7, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No.: 13-CV-04537-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE