1

2

3

4

5

6

7

8

9

10

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| PHYLLIS GUSTAVSON, individually and on behalf of all others similarly situated, | ) ) ) | Case No.: 13-CV-04537-LHK |
| Plaintiff, | ) ) ) | CASE MANAGEMENT ORDER |
| v. | ) ) | |
| MARS, INC. and MARS CHOCOLATE NORTH AMERICA, LLC, | ) ) ) | |
| Defendants. | ) ) | |

Plaintiff Attorney:  Ben Pierce Gore
Defendant Attorneys:  Stephen Raber; David Horniak

A case management conference was held on June 19, 2014, at 1:30 p.m. A further case management conference is set for August 20, 2014, at 2:00 p.m.

The Court referred the parties to the court's alternative dispute resolution program, with a deadline of November 14, 2014.

The Court set the following case schedule:

DEFENDANT'S ANSWER DUE: July 15, 2014

CLASS CERTIFICATION:
      Motion:       January 15, 2015
      Reply:        February 26, 2015
      Hearing:    March 19, 2015, at 1:30 p.m.

FACT DISCOVERY CUTOFF is July 17, 2015.

EXPERT DISCOVERY:
      Opening Reports:  August 7, 2015

1

1    Rebuttal Reports:  August 28, 2015
     Cut-off:          September 18, 2015

2  DISPOSITIVE MOTIONS:

3    Motion:     October 9, 2015
     Reply:      November 13, 2015
4    Hearing:    December 3, 2015, at 1:30 p.m.

5         Each side shall be limited to filing one motion for summary judgment or summary
6  adjudication in the entire case.

   PRETRIAL CONFERENCE DATE is February 4, 2016, at 1:30 p.m.
7
   JURY TRIAL DATE is Monday, February 29, 2016, at 9 a.m. in Courtroom 8, 4th floor.
8
   TRIAL LENGTH is estimated to be 6 days.
9

10 **IT IS SO ORDERED.**

11 Dated: June 19, 2014                      _Lucy H. Koh_____

                                            LUCY H. KOH
12                                          United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No.: 13-CV-04537-LHK
CASE MANAGEMENT ORDER