UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHYLLIS GUSTAVSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>MARS, INC., and MARS CHOCOLATE NORTH AMERICA, LLC,<br><br>    Defendants. | Case No.: 13-CV-04537-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

A Case Management Conference is currently set for Wednesday, August 20, 2014 at 2:00 p.m. ECF No. 37. The Court hereby CONTINUES the Case Management Conference until December 10, 2014, at 2:00 p.m.

The parties' request to extend the mediation deadline to sixty (60) days following the Court's ruling on a motion for class certification, *see* ECF No. 44 at 3, is GRANTED.

**IT IS SO ORDERED.**

Dated: August 19, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge