| | |
|---|---|
| 1 | Pierce Gore (SBN 128515) |
| | PRATT & ASSOCIATES |
| 2 | 1871 The Alameda, Suite 425 |
| | San Jose, CA 95126 |
| 3 | Telephone: (408) 369-0800 |
| | Fax:  (408) 369-0752 |
| 4 | pgore@prattattorneys.com |

J. Price Coleman (*Pro Hac Vice*)
Coleman Law Firm
1100 Tyler Avenue, Suite 102
Oxford, MS 38655
Telephone: (662) 236-0047
Facsimile:  (662) 513-0072
colemanlawfirmpa@bellsouth.net

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHYLLIS GUSTAVSON, individually and on behalf of all others similarly situated, | Case No. CV13-04537-LHK |
| Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS CERTAIN CLAIMS PURSUANT TO FED. R. CIV. P. 41(a)(2)** |
| v. | |
| MARS, INC. and MARS NORTH AMERICA, LLC | |
| Defendants. | |

1   Upon consideration of the Motion to Dismiss Certain Claims Pursuant to Fed. R. Civ. P. 41(a)(2) filed by Plaintiff Phyllis Gustavson, the arguments of counsel, and the papers and records on file in this action, it is hereby **ORDERED** that the Motion to Dismiss Certain Claims Pursuant to Fed. R. Civ. P. 41(a)(2) is hereby **GRANTED.**  All of Plaintiff's (1) flavanol nutrient content claims and (2) claims arising from Defendants' alleged failure to call the ingredient polyglycerol polyricinoleic acid by its common name are hereby **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated:    December 10, 2014

_Lucy H. Koh_
United States District Court Judge